1                                        THE HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9 PRECOR INCORPORATED,             |  No. 2:20-cv-00860-RSL

10           Plaintiff,             |  **ORDER ON STIPULATION OF**
                                   |  **DISMISSAL WITH PREJUDICE**
11     v.                        |

12 NEW ENGLAND FITNESS          |
DISTRIBUTORS, INC.,             |
13                                 |
          Defendant.           |
14

15        This matter having come before the undersigned Court on the stipulation of Plaintiff
16 Precor Incorporated and Defendant New England Fitness Distributors, Inc. for the complete
17 dismissal of this action, in its entirety, with prejudice; and the Court having considered the
18 stipulation for entry of this order executed by the parties, it is hereby:

19        ORDERED, ADJUDGED AND DECREED that all claims asserted in this case are
20 dismissed with prejudice. Each party shall bear its own fees and costs.

21

22

23 DATED: _August 24, 2020_        SIGNED: _MM S Lasnik_
24
                               HONORABLE ROBERT S. LASNIK
25
                               DISTRICT COURT JUDGE
26

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE
Page 1

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

107272276.1 0068339-00003